**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **DOCKET NO: 3:19-CR-272-MOC-DSC** |
| **V.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **JOSE MARTINEZ-LOZANO** | ) | |
| _____ | ) | |

      This matter is before the Court on its own Motion to administratively close the case as to **Jose Martinez-Lozano.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

      **It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 20, 2020

Max O. Cogburn Jr
United States District Judge